# ALABAMA COURT OF CRIMINAL APPEALS



August 29, 2025

**CR-2024-0641**

Mario Dion Woodward v. State of Alabama (Appeal from Montgomery Circuit Court: CC-07-1388.61)

# NOTICE

You are hereby notified that on August 29, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk